United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD ROGERS,

        Plaintiff,

v.

POSTMATES INC.,

        Defendant.

Case No. 19-cv-05619-TSH

**JUDGMENT**

On July 9, 2020, the Court granted Defendant's Motion to Dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS JUDGMENT** in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 9, 2020

THOMAS S. HIXSON
United States Magistrate Judge